236 So.2d 38

**STATE of Louisiana ex rel.
Cecil R. ACHORD**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.**

No. 50659.

June 11, 1970.

The application is denied. Applicant's showing does not warrant the relief sought.

■

236 So.2d 38

**STATE of Louisiana ex rel. Francis
Aubrey CLIFTON**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.**

No. 50660.

June 11, 1970.

Writs refused. The showing made in the application does not warrant either our original or supervisory jurisdiction.